IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA ex rel. AIDAN FORSYTH,<br><br>Plaintiff,<br><br>v.<br><br>CASTLE HARLAN, INC., et al.<br><br>Defendants. | Case No. 23-3473 (LJL)<br><br>**RULE 41(A) NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE THAT:

Pursuant to Fed. R. Civ. P. 41(a), plaintiff-relator Aidan Forsyth, having been notified by the U.S. Attorney's Office for the Southern District of New York that the United States declines to intervene in this False Claims Act lawsuit, and having been advised that the Government will consent in writing to the filing of this notice of dismissal, and no opposing party having served an answer or motion for summary judgment, voluntarily dismisses this action without prejudice.

Since this action was commenced under the False Claims Act's qui tam provisions, dismissal of the case cannot be deemed final unless and until the Government approves the dismissal in writing and the Court so orders it. 31 U.S.C. § 3730(b)(1).

Respectfully submitted,

/s/ Timothy J. McInnis
McInnis Law
521 Fifth Avenue, 17th Floor
New York, NY 10175
(212) 292-4573
tmcinnis@mcinnis-law.com

2

Counsel for Relator

Dated: May 10, 2026